UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL RUBIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MISONIX, INC., PATRICK J. BEYER, MICHAEL KOBY, PAUL LAVIOLETTE, THOMAS M. PATTON, and STAVROS VIZIRGIANAKIS,<br><br>    Defendants. | Case No. 2:21-cv-05672-MKB-JMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Rubin ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: January 21, 2022

              **WEISSLAW LLP**

            By */s/ Richard A. Acocelli*
              Richard A. Acocelli
              305 Broadway, 7th Floor
              New York, New York 10007
              Telephone: (212) 682-3025
              Facsimile: (212) 682-3010
              Email: racocelli@weisslawllp.com

              *Attorneys for Plaintiff*